**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Blanca et al.<br>**Plaintiff,**<br><br>**v.**<br><br>Donald Trump et al.<br>**Defendant.** | *<br><br>*<br><br>*<br><br>* | **Case No.** 26-cv-4295 |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiffs

I certify that I am admitted to practice in this Court.

10/22/2026
Date

*/s/ Jessica Hanson*
Signature

Jessica Hanson, Bar No. 31903
Printed name and bar number

228 Park Ave S #84810, New York, NY 10003
Address

jess.hanson@asaptogether.org
Email address

646-600-9910
Telephone number

N/A
Fax number